**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

DAIRYLAND PRODUCE, LLC t/a HARDIE'S AUSTIN
HARDIE'S DALLAS, AND HARDIE'S HOUSTON

                 Case No. 4:23-cv-4081

    Plaintiff,

  - against -

CGHU INVESTMENTS, INC. t/a EDIBLE
ARRANGEMENTS, et al.

    Defendants.
                   /

**DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF**
**FEDERAL RULES OF CIVIL PROCEDURE**

  Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for Plaintiff Dairyland Produce, LLC t/a Hardie's Austin, Hardie's Dallas, and Hardie's Houston certifies that The Chef's Warehouse, Inc. is the sole parent company of Plaintiff.  The Chef's Warehouse, Inc. is publicly traded, and there are no other publicly traded entities having an ownership in Plaintiff.

Dated:  October 26, 2023.

              Respectfully submitted,

              WALKER WILCOX MATOUSEK LLP

              /s/ *Tony L. Draper*
              Tony L. Draper.
              Texas State Bar No. 00798156
              Charles B. Walther
              Texas State Bar No. 24005125
              1001 McKinney St., Suite 2000
              Houston, Texas 77002
              Telephone: (713) 343-6556
              Facsimile: (713) 343-6571
              tdraper@walkerwilcox.com
              bwalther@walkerwilcox.com

and

McCARRON & DIESS
Kate Ellis, Esq.
4530 Wisconsin Avenue, NW
Suite 301
Washington, D.C. 20016
(202) 364-0400
(202) 364-2731/ fax
kellis@mccarronlaw.com
*Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff*